MURRAY ROSNER, an Infant, by LOUIS ROSNER, His Guardian ad Litem, Respondent, v. ALFRED H. NEWBURGER and Others, Doing Business under the Firm Name and Style of NEWBURGER, HENDERSON & LOEB, Appellants.— Motion

for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.